| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1    Karen S Fairweather | | | |
| Debtor 2 | | | |
| United States Bankruptcy Court for the:    District of Massachusetts, Boston Division | | District of    MA | |
| | | | (State) |
| Case number    1710051 | | | |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.**

Name of creditor:   MTGLQ Investors, L.P.                                    Court claim no. (if known)    7

**Last four digits** of any number you use to
identify the debtor's account:                          1320

**Does this notice supplement a prior notice of postpetition fees,
expenses, and charges?**

☐ No
☑ Yes. Date of the last notice: 5/2/2018

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | Amount |
|---|---|---|
| 1 Late Charges | | |
| 2 NSF Fees | | |
| 3 Attorneys Fees | | |
| 4 Filing Fees and Court Costs | | |
| 5 Bankruptcy/Proof Of Claim Fees | | |
| 6 Appraisal / BPO Fees | 7/2/2019 | $ 145.00 |
| 7 Property Inspection Fees | 5/1/2019; 6/28/2019; 7/29/2019; 9/9/2019 @ 13.50 | $ 54.00 |
| 8 Tax Advances (Non-Escrow) | | |
| 9 Insurance Advances (Non-Escrow) | | |
| 10 Property Preservation Expenses | | |
| 11 Other Fee 1 | | |
| 12 Other Fee 2 | | |
| 13 Other Fee 3 | | |
| 14 Other Fee 4 | | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Karen S Fairweather | | Case number | 1710051 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 2:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| /s/ Rhonda Reina   *Rhonda Reina* | | Date | 09/20/2019 |
|---|---|---|---|
| Signature | | | |
| **Print:** | Rhonda Reina | Title | Bankruptcy Case Manager |
| Company | NewRez LLC DBA Shellpoint Mortgage Servicing | | |
| Address | PO Box 10826 | | |
| | Greenville              SC         29603-0826 | | |
| Contact phone | (800) 365-7107         Email      mtgbk@shellpointmtg.com | | |

NewRez LLC DBA Shellpoint Mortgage Servicing
PO Box 10826

Greenville, SC 29603-0826

Phone Number:    (800) 365-7107
Fax:    (866) 467-1137

Email:   mtgbk@shellpointmtg.com

RE: Debtor 1    Karen S Fairweather
    Debtor 2

Case No:    1710051

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 9/20/2019.

District of Massachusetts, Boston Division
U. S. Bankruptcy Court
J.W. McCormack Post Office
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

Carolyn A. Bankowski
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

Brian R Lewis
PO Box 1162
Lakeville, MA 02347

Karen S Fairweather

792 Plymouth St
Middleboro MA 02346

/s/ Rhonda Reina