| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Karen S. Fairweather |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of **MA** (State) |
| Case number | 17-10051-CJP |

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:  Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account:  0  9  2  9

**Property address:** 792 Plymouth Street
Number      Street

Middleborough, MA 02346
City                    State      ZIP Code

## Part 2:  Prepetition  Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

## Part 3:  Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM/ DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)

(a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:

+ (b) $ _____

c. **Total.** Add lines a and b.

(c) $ 31,897.23

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

08/01/2020
mm / DD /YYYY

Karen S. Fairweather

Debtor 1 _____    Case number (if known) ___17-10051-CJP___
First Name        Middle Name              Last Name

---

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

      x  all payments received;

      x all fees, costs, escrow, and expenses assessed to the mortgage; and

      x all amounts the creditor contends remain unpaid.

---

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X    /s/Richard T. Mulligan    Date    4/6/2022
    Signature

Print    Richard T. Mulligan    Title: Attorney
    First Name        Middle Name        Last Name

Company    Bendett & McHugh, PC

If different from the notice address listed on the proof of claim to which this response applies:

Address    270 Farmington Avenue, Suite 171
    Number        Street

    Farmington    CT    06032
    City        State    ZIP Code

Contact phone    (860)677-2868    E-Mail bkecf@bmpc-law.com

---



| PAYMENT CHANGES | | | | |
|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference |
| 10/01/11 | 707.40 | 0.00 | 707.40 | Pre-Petition |
| 02/01/17 | 707.40 | 651.58 | 1,358.98 | Payment listed in POC |
| 02/01/18 | 707.40 | 665.78 | 1,373.18 | NOPC filed with the court |
| 02/01/19 | 707.40 | 674.47 | 1,381.87 | NOPC filed with the court |
| 02/01/20 | 707.40 | 736.25 | 1,443.65 | NOPC filed with the court |
| 05/01/20 | 707.40 | 1,070.15 | 1,777.55 | NOPC filed with the court |
| 09/01/20 | 707.40 | 1,045.27 | 1,752.67 | No NOPC, but pmt decreasing |
| 03/01/21 | 707.40 | 810.37 | 1,517.77 | No NOPC, but pmt decreasing |
| 09/01/21 | 707.40 | 604.73 | 1,312.13 | |
| | | | 0.00 | |

| Loan# | ████0929 |
|---|---|
| Borrower: | FAIRWEATHER, JACK |
| Date Filed: | 1/6/2017 |
| BK Case # | 17-10051 |
| First Post Petition Due Date: | 2/1/2017 |
| POC covers: | 10/01/2011 - 01/01/2017 |
| MOD EFFECTIVE DATE: | N/A |

| Date | Amount Recvd | PRE/POST/APO | Post Petition Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance |
|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | $0.00 | | | $0.00 |
| 3/2/2017 | $1,100.00 | Post | | | $1,100.00 | $1,100.00 | | $1,100.00 |
| 3/31/2017 | $1,107.12 | Post | 2/1/17 | $1,358.98 | -$251.86 | | $251.86 | $848.14 |
| 6/16/2017 | $1,107.12 | Post | 3/1/17 | $1,358.98 | -$251.86 | | $251.86 | $596.28 |
| 6/19/2017 | $1,107.12 | Post | 4/1/17 | $1,358.98 | -$251.86 | | $251.86 | $344.42 |
| 6/19/2017 | $1,107.12 | Post | 5/1/17 | $1,358.98 | -$251.86 | | $251.86 | $92.56 |
| 7/3/2017 | $1,358.98 | Post | 6/1/17 | $1,358.98 | $0.00 | | | $92.56 |
| 7/31/2017 | $1,358.98 | Post | 7/1/17 | $1,358.98 | $0.00 | | | $92.56 |
| 9/11/2017 | $1,360.00 | Post | 8/1/17 | $1,358.98 | $1.02 | $1.02 | | $93.58 |
| 10/18/2017 | $1,360.00 | Post | 9/1/17 | $1,358.98 | $1.02 | $1.02 | | $94.60 |
| 11/7/2017 | $1,360.00 | Post | 10/1/17 | $1,358.98 | $1.02 | $1.02 | | $95.62 |
| 12/11/2017 | $1,360.00 | Post | 11/1/17 | $1,358.98 | $1.02 | $1.02 | | $96.64 |
| 1/31/2018 | $1,400.00 | Post | | | $1,400.00 | $1,400.00 | | $1,496.64 |
| 2/6/2018 | -$1,400.00 | Post | | | -$1,400.00 | | $1,400.00 | $96.64 |
| 2/12/2018 | $1,400.00 | Post | 12/1/17 | $1,358.98 | $41.02 | $41.02 | | $137.66 |
| 4/2/2018 | $1,385.00 | Post | 1/1/18 | $1,358.98 | $26.02 | $26.02 | | $163.68 |
| 4/5/2019 | $1,358.98 | Post | | | $1,358.98 | $1,358.98 | | $1,522.66 |
| 4/11/2019 | -$1,358.98 | Post | | | -$1,358.98 | | $1,358.98 | $163.68 |
| 9/3/2019 | $1,358.98 | Post | 2/1/18 | $1,373.18 | -$14.20 | | $14.20 | $149.48 |
| 12/16/2019 | APO Entered See Below. | | | | $0.00 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |

15. The terms of the aforementioned Note and Mortgage have been in default and have remained so since March 1, 2018 due to the Debtor's failure to maintain the post-petition payments. The arrears total $28,733.18 as outlined below:

11 Payments (March 1, 2018 - Jan 1, 2019) @ $1,373.18 = $15,104.98

10 Payments (Feb 1, 2019 - Nov 1, 2019) @ $1,381.87 = $13,818.70

Suspense Balance (−$190.50)

**Starting January 1, 2020 and Ending June1, 2020**
**Stipulation Period Term & Payment Schedule Summary**

January 1, 2020 $1,381.87 (Monthly Payment) + $4,788.86 (Stipulation Payment) = $6,170.73
February 1, 2020 $1,381.87 (Monthly Payment) + $4,788.86 (Stipulation Payment) = $6,170.73
March 1, 2020 $1,381.87 (Monthly Payment) + $4,788.86 (Stipulation Payment) = $6,170.73
April 1, 2020 $1,381.87 (Monthly Payment) + $4,788.86 (Stipulation Payment) = $6,170.73
May 1, 2020 $1,381.87 (Monthly Payment) + $4,788.86 (Stipulation Payment) = $6,170.73
June 1, 2020 $1,381.87 (Monthly Payment) + $4,788.88 (Stipulation Payment) = $6,170.75

| Date | Amount | Type | Stip Date | Stip Payment | | | | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| 1/23/2020 | | | | | $0.00 | | | $0.00 |
| 1/31/2020 | $1,358.98 | Post | | | $1,358.98 | $1,358.98 | | $1,358.98 |
| 2/7/2020 | $1,358.98 | Post | | | $1,358.98 | $1,358.98 | | $2,717.96 |
| 3/2/2020 | $1,358.98 | Post | | | $1,358.98 | $1,358.98 | | $4,076.94 |
| 4/1/2020 | $1,358.98 | Post | | | $1,358.98 | $1,358.98 | | $5,435.92 |
| 5/6/2020 | $1,443.65 | post | | | $1,443.65 | $1,443.65 | | $6,879.57 |
| 5/26/2020 | $1,777.55 | Post | 1/1/20 | $6,170.73 | -$4,393.18 | | $4,393.18 | $2,486.39 |
| 6/1/2020 | $1,777.55 | Post | | | $1,777.55 | $1,777.55 | | $4,263.94 |
| 7/7/2020 | $1,777.55 | Post | | | $1,777.55 | $1,777.55 | | $6,041.49 |
| 8/4/2020 | $1,777.55 | Post | 2/1/20 | $6,170.73 | -$4,393.18 | | $4,393.18 | $1,648.31 |
| 9/4/2020 | $1,752.67 | Post | | | $1,752.67 | $1,752.67 | | $3,400.98 |
| 10/5/2020 | $1,752.67 | Post | | | $1,752.67 | $1,752.67 | | $5,153.65 |
| 11/5/2020 | $1,752.67 | Post | 3/1/20 | $6,170.73 | -$4,418.06 | | $4,418.06 | $735.59 |
| 12/9/2020 | $1,752.67 | Post | | | $1,752.67 | $1,752.67 | | $2,488.26 |
| 1/14/2021 | $1,752.67 | Post | | | $1,752.67 | $1,752.67 | | $4,240.93 |
| 2/8/2021 | $1,752.67 | Post | | | $1,752.67 | $1,752.67 | | $5,993.60 |
| 3/11/2021 | $1,517.77 | Post | 4/1/20 | $6,170.73 | -$4,652.96 | | $4,652.96 | $1,340.64 |
| Past Due Stipulation Payment | $4,788.86 | | 1/1/20 | | $4,788.86 | | | $1,340.64 |
| Past Due Stipulation Payment | $4,788.86 | | 2/1/20 | | $4,788.86 | | | $1,340.64 |
| Past Due Stipulation Payment | $4,788.86 | | 3/1/20 | | $4,788.86 | | | $1,340.64 |
| Past Due Stipulation Payment | $4,788.86 | | 4/1/20 | | $4,788.86 | | | $1,340.64 |
| Past Due Stipulation Payment | $4,788.86 | | 5/1/20 | | $4,788.86 | | | $1,340.64 |
| Past Due Stipulation Payment | $4,788.88 | | 6/1/20 | | $4,788.88 | | | $1,340.64 |
| 4/7/2021 | $1,517.77 | Post | | | $1,517.77 | $1,517.77 | | $2,858.41 |
| 5/25/2021 | $1,517.77 | Post | | | $1,517.77 | $1,517.77 | | $4,376.18 |
| 6/22/2021 | $1,517.77 | Post | | | $1,517.77 | $1,517.77 | | $5,893.95 |
| 7/30/2021 | $1,517.77 | Post | 5/1/20 | $6,170.73 | -$4,652.96 | | $4,652.96 | $1,240.99 |
| 8/27/2021 | $1,517.77 | Post | | | $1,517.77 | $1,517.77 | | $2,758.76 |
| 9/29/2021 | $1,312.13 | Post | | | $1,312.13 | $1,312.13 | | $4,070.89 |
| 11/10/2021 | $1,312.13 | Post | | | $1,312.13 | $1,312.13 | | $5,383.02 |
| 12/6/2021 | $1,312.13 | Post | 6/1/20 | $6,170.75 | -$4,858.62 | | $4,858.62 | $524.40 |
| 1/3/2022 | $1,312.13 | Post | | | $1,312.13 | | | $524.40 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/7/2022 | $1,312.13 | Post | | | $1,312.13 | | $524.40 |
| 3/7/2022 | $1,312.13 | Post | | | $1,312.13 | | $524.40 |
| DUE | | | 8/1/20 | 1,777.55 | -$1,777.55 | | $524.40 |
| DUE | | | 9/1/20 | 1,752.67 | -$1,752.67 | | $524.40 |
| DUE | | | 10/1/20 | 1,752.67 | -$1,752.67 | | $524.40 |
| DUE | | | 11/1/20 | 1,752.67 | -$1,752.67 | | $524.40 |
| DUE | | | 12/1/20 | 1,752.67 | -$1,752.67 | | $524.40 |
| DUE | | | 1/1/21 | 1,752.67 | -$1,752.67 | | $524.40 |
| DUE | | | 2/1/21 | 1,752.67 | -$1,752.67 | | $524.40 |
| DUE | | | 3/1/21 | 1,517.77 | -$1,517.77 | | $524.40 |
| DUE | | | 4/1/21 | 1,517.77 | -$1,517.77 | | $524.40 |
| DUE | | | 5/1/21 | 1,517.77 | -$1,517.77 | | $524.40 |
| DUE | | | 6/1/21 | 1,517.77 | -$1,517.77 | | $524.40 |
| DUE | | | 7/1/21 | 1,517.77 | -$1,517.77 | | $524.40 |
| DUE | | | 8/1/21 | 1,517.77 | -$1,517.77 | | $524.40 |
| DUE | | | 9/1/21 | 1,312.13 | -$1,312.13 | | $524.40 |
| DUE | | | 10/1/21 | 1,312.13 | -$1,312.13 | | $524.40 |
| DUE | | | 11/1/21 | 1,312.13 | -$1,312.13 | | $524.40 |
| DUE | | | 12/1/21 | 1,312.13 | -$1,312.13 | | $524.40 |
| DUE | | | 1/1/22 | 1,312.13 | -$1,312.13 | | $524.40 |
| DUE | | | 2/1/22 | 1,312.13 | -$1,312.13 | | $524.40 |
| DUE | | | 3/1/22 | 1,312.13 | -$1,312.13 | | $524.40 |
| DUE | | | 4/1/22 | 1,312.13 | -$1,312.13 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |
| | | | | | $0.00 | | $524.40 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

**CASE NUMBER: 17-10051-CJP**

**IN RE: Karen S. Fairweather**

**DEBTOR(S)**

**CHAPTER 13**

## CERTIFICATION OF SERVICE

The undersigned (the "Movant") hereby certifies that on the 6th day of April 2022, a copy of the Response to Notice of Final Cure Payment was served to the following:

Karen S. Fairweather
Debtor
792 Plymouth Street
Middleboro, MA 02346
*Via First Class Mail*

Carolyn Bankowski
Trustee
*Via Electronic Notice of Filing*

**Brian R. Lewis**
**Debtor's Attorney**
*Via Electronic Notice of Filing*

**U.S. Trustee**
*Via Electronic Notice of Filing*

By /s/ ⬚Richard T. Mulligan⬚
Richard T. Mulligan
BBO #567602
The Creditor's Attorney
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 151
Farmington, CT 06032
Phone (860) 677-2868
Fax (860) 409-0626
Email: BKECF@bmpc-law.com